IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TREMILE SAINT THOMPSON,

        Plaintiff,

  v.

NURSE (LVN) ERICKA McGRUE,

        Defendant.
                        /

No. CV-10-1104 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED without prejudice.

Dated: April 26, 2010                                Richard W. Wieking, Clerk

                                                                    By: Tracy Lucero
                                                                    Deputy Clerk